

# NUMBER 13-14-00198-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ONEWEST BANK N.A. f/k/a One West Bank, FSB

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Garza, Benavides, and Perkes
### Per Curiam Order

Relator, OneWest Bank N.A. f/k/a One West Bank, FSB, filed a petition for writ of mandamus in the above cause on March 28, 2014 contending that the trial court abused its discretion in denying its application for expedited foreclosure with prejudice. *See generally* TEX. R. CIV. P. 736. The Court requests that the real party in interest, Carolyn Casterline, by and through counsel, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.4, 52.8.

IT IS SO ORDERED.                                    PER CURIAM

Delivered and filed the
1st day of April, 2014.